

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00021-CV

PFIZER INC. AND TRIS PHARMA, INC., Appellants

V.

THE STATE OF TEXAS AND TARIK AHMED, Appellees

Today the Court heard Appellants' motion to dismiss this appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered December 4, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.